Entered on Docket
October 23, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT C. BORRIS JR., ESQ. #85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581 7111 Fax 582 6729
rborrisjr@aol.com

Attorney for Debtors

**The following constitutes
the order of the court. Signed October 23, 2012**

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re                                              ) Chapter 13   **#12 43380**
                                                   )
Francis Glenn Tiongson Jacinto &                   )
 Joan Sahagun Jacinto                              )
                                                   )
         Debtors

ORDER VALUING LIEN OF JP MORGAN CHASE BANK (NA)

On September 19, 2012, Debtors filed a SECOND AMENDED MOTION TO VALUE THE LIEN of JP Morgan Chase Bank/Chase Home Loan LLC recorded against the Debtors' real property commonly known as **2695 Shellgate Circle, Hayward, California**. On or about **5/16/2007** as Alameda County Recorder's Office **document #2007188622**. (hereinafter the "Lien").

The court finds that notice of the motion upon JP Morgan Chase Bank/Chase Home Loan LLC was proper. Said creditor having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero. JP Morgan Chase Bank/Chase Home Loan LLC does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by JP Morgan Chase Bank/Chase Home Loan LLC, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

End of Order

| | |
|---|---|
| 1 | Court Service List |
| 2 | |
| 3 | CT CORPORATIONS |
| | JP MORGAN CHASE BANK |
| 4 | 818 West 7th Street |
| 5 | Los Angeles Ca 90017 |
| 6 | |
| | Martha Bronitsky |
| 7 | P.O. Box 9077 |
| 8 | Pleasanton, CA 94566 |
| 9 | JP Morgan Chase Bank |
| 10 | 1111 Polaris Parkway |
| | Columbus OH 43240 |
| 11 | |
| 12 | Chase Home Mortgage LLC |
| 13 | 194 Wood Ave S |
| | Iselin NJ 08830 |
| 14 | |
| 15 | Chase Home Mortgage LLC |
| | c/o authorized agent Steven Lawrence |
| 16 | Alvarado and Associates |
| 17 | 1 MacArthur Place 210 |
| 18 | Santa Ana CA 92707 |
| 19 | Chase Home Mortgage LLC |
| 20 | c/o CT Corporation Systems |
| | 818 West 7th Street |
| 21 | Los Angeles Ca 90017 |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |