ROBERT C. BORRIS JR., ESQ.
SBN 85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7111
(510) 582-6729 Fax
rborrisjr@aol.com

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

FRANCIS GLENN TIONGSON JACINTO &
JOAN SAHAGUN JACINTO,

    Debtors

) Case No.: 12-43380
) Chapter 13
)
) **STIPULATION REGARDING**
) **CONFIRMATION OF THIRD AMENDED**
) **CHAPTER 13 PLAN**
)
)
)

    This Stipulation is entered into by and between FRANCIS GLENN TIONGSON JACINTO & JOAN SAHAGUN JACINTO (hereinafter referred to as "Debtor"), by and through their attorney of record, ROBERT C. BORRIS JR., ESQ., and MARTHA G. BRONITSKY, Chapter 13 Standing Trustee.

    Debtors filed a third amended plan on September 17, 2012, addressing several points of the Trustee's previously filed objection to confirmation of Debtors' second amended plan. Trustee acknowledged at a confirmation hearing held on September 18, 2012 that all but one issue remaining had been resolved. The Court sustained Trustee's objection on grounds that an order on a motion to value had not been obtained.

    Since said hearing, the matter has been off calendar, and Debtors have obtained an order on a motion to value collateral on October 23, 2012.

1

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Debtors seek confirmation of their third amended plan, filed on September 17, 2012.
2. There are no outstanding objections to confirmation on file to date in this matter.
3. Trustee does not oppose any element or aspect of Debtor's third amended plan.
4. Trustee hereby recommends confirmation of Debtor's third amended plan.

DATED: 11/5/2012 /s/ MARTHA G. BRONITSKY
MARTHA G. BRONITSKY
Chapter 13 Standing Trustee

DATED: 11/6/2012 /s/ ROBERT C. BORRIS JR., ESQ.
ROBERT C. BORRIS JR., ESQ.
Attorney for Debtors